IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MCMURTIE FARMS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **EQUISAFE GLOBAL, LLC,** and **JAMES CHRISTOPHER ROBERTS**, <br><br> Defendants. | Case No. 3:22-cv-00696-AR <br><br> **ORDER** |

Phillip J. Haberthur, Landerholm, P.S., 805 Broadway Street, Suite 1000, Vancouver, WA 98660. Attorney for Plaintiff.

**IMMERGUT, District Judge.**

On November 2, 2022, Magistrate Judge Jeffrey Armistead issued his Findings and Recommendation ("F&R"). ECF 23. The F&R recommends that Plaintiff McMurtie Farms, LLC's Motions for Default Judgment against Defendant EquiSafe Global, LLC, ECF 8, and Defendant James Christopher Roberts, ECF 19, be granted. No party filed objections.

**STANDARDS**

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a

PAGE 1 – ORDER

de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, sua sponte" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge Armistead's conclusions. The F&R, ECF 23, is adopted in full. This Court GRANTS Plaintiff's Motions for Default Judgment and awards Plaintiff damages as specified in Judge Armistead's F&R.

**IT IS SO ORDERED**.

DATED this 13th day of December, 2022.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER