IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MCMURTRIE FARMS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **EQUISAFE GLOBAL, LLC** and **JAMES CHRISTOPHER ROBERTS**, <br><br> Defendants. | Case No. 3:22-cv-00696-AR <br><br> **ORDER ADOPTING FINDINGS & RECOMMENDATION** |

Phillip J. Haberthur, Landerholm, P.S., 805 Broadway Street, Suite 1000, Vancouver, WA 98660. Attorney for Plaintiff.

**IMMERGUT, District Judge.**

On January 27, 2023, Magistrate Judge Jeffrey Armistead issued his Findings & Recommendation ("F&R"), ECF 30, recommending that Plaintiff's Bill of Costs, ECF 27, be approved and that the requested amount of $1,117.00 be taxed against Defendants and included in the judgment. No party filed objections.

### STANDARDS

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

PAGE 1 – ORDER ADOPTING FINDINGS & RECOMMENDATION

28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, sua sponte" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

No party having filed objections, this Court has reviewed the F&R, ECF 30, and accepts Judge Armistead's conclusions. Judge Armistead's F&R, ECF 30, is adopted in full. Accordingly, this Court approves Plaintiff's Bill of Costs, ECF 27, such that the requested amount of $1,117.00 be taxed against Defendants and included in the judgment.

**IT IS SO ORDERED**.

DATED this 24th day of February, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge